AO 450 (Rev. 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION <br> *Plaintiff* <br> v. <br> BOLIVARIAN REPUBLIC OF VENEZUELA <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 16 CV 661 (RC) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* CRYSTALLEX INTERNATIONAL CORPORATION recover from the defendant *(name)* BOLIVARIAN REPUBLIC OF VENEZUELA the amount of one billion two hundred two million dollars (1,202,000,000.00) dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: ***pre-award interest from April 13, 2008 to April 4, 2016 (the date of the Award) at a rate of the 6-month average U.S. Dollar LIBOR plus 1%, compounded annually***

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rudolph Contreras on a motion for confirmation of arbitral award, respondent's motion to vacate arbitral award, and petitioner's motion for a pre-judgment bond

Date: 04/07/2017

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: APR 0 7 2017
ANGELA D. CAESAR, CLERK
By: _____

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION <br> *Plaintiff* <br> v. <br> BOLIVARIAN REPUBLIC OF VENEZUELA <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 16-0661 (RC) <br> ) <br> ) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __04/07/2017__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending. See attached Order dated 06/09/2017.

Date: __6/14/17__

CLERK OF COURT

__Michael Darby__
*Signature of Clerk or Deputy Clerk*