UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRYSTALLEX INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant,<br><br>and<br><br>THE MINISTRY OF DEFENSE OF THE BOLIVARIAN REPUBLIC OF VENEZUELA<br><br>Proposed Intervenor. | CASE NO: 1:17-mc-00205-VEC |

### DECLARATION OF JOSE IGNACIO HERNANDEZ

I, Jose Ignacio Hernandez, under penalty of perjury, do hereby declare:

**I.     QUALIFICATIONS**

1.     I am a Venezuelan citizen. I have a Law Degree (1997), with the mention *summa cum laude,* granted by the *Universidad Católica Andrés Bello* (Caracas, Venezuela). I have an *Advanced Study Diploma* (2001) by the *Universidad Complutense de Madrid*, and a Doctoral Degree, *cum laude,* granted by that University in 2002.

2.     I am a tenured professor of Administrative Law at the *Universidad Central de Venezuela* (Caracas, Venezuela). I am also a Professor of Administrative Law and Constitutional Law Postgraduate Studies at the *Universidad Católica Andrés Bello*. I am the Chairman of the Public Law Center of the *Univerisdad Monteávila* (Caracas, Venezuela), and a researcher of the Legal Research Institute of the *Universidad Católica Andrés Bello*. I was a visiting researcher at *Georgetown University* (2014).

3.     I am the Director of the *Revista Electrónica de Derecho Administrativo* (*Electronic Journal of Venezuelan Administrative* Law) and the Director of the *Revista de la Facultad de Derecho* de la *Universidad Católica Andrés Bello* (*Universidad Católica Andrés Bello Law Review*). I am member of the Ibero-American Association of Regulation (ASIER);

the International Institute of Administrative Law and the Ibero-American Forum of Administrative Law (FIDA).

4. I have written fourteen books related to Administrative and Constitutional Law, and more than one hundred articles in those fields published in Venezuela, Colombia, Peru, Brazil, Argentina, Chile, México, Dominican Republic, United States of America, Spain, Italy and Poland. Part of my research has been about the oil regulation in Venezuela, including my 2016 book *El pensamiento jurídico venezolano en el Derecho de los Hidrocarburos* (*The Venezuelan legal principles in the Hydrocarbons Law*).

## II. INSTRUCTIONS

5. I have been instructed by Gibson, Dunn & Crutcher LLP on behalf of Crystallex International Corp. ("**Crystallex**") to provide a report in connection with Crystallex's Opposition to the Ministry of Defense of the Bolivarian Republic of Venezuela's Motion to Intervene and Quash the Writ of Execution.

6. In the context of that dispute, I have been asked to opine on the relationship between the Bolivarian Republic of Venezuela ("**Venezuela**") and Venezuelan's Ministries (specifically, the Ministry of Defense and the Ministry of Finance) (collectively, the "**Ministries**") under Venezuelan Law, and whether the Ministries operate as separate entities from the Venezuelan government. My opinion is set out below.

7. For this report, I have reviewed the Venezuelan Civil Code, the Venezuelan Constitution, and legal acts concerning the relationship between Venezuela and the Ministries under Venezuelan Law. A list of these sources has been set out at Appendix A, and the sources themselves have been attached to this Declaration. English translations are available upon request.

## III. AS A MATTER OF LAW, THE MINISTRIES ARE INSTRUMENTS OF VENEZUELA

8. The Venezuelan Civil Code establishes that Venezuela's federal government (the "**Republic**"), states and municipalities are "*legal persons*," which means that they have legal personality.[1] The Republic may also create administrative entities with their own legal personality, such as public institutions or state-owned enterprises.[2] Thus, the Republic is made up of (*i*) government bodies without legal personality (called, the "**Centralized**

---

[1] *See* the Venezuelan Civil Code (Official Gazette N° 2.990 extraordinary, dated July 26, 1982), Art. 19.1. ["*Are legal persons, and therefore, able to assume obligations and rights: 1. The Nation and the political entities that are integrated to it*". Originally in Spanish: "*Son personas jurídicas y por lo tanto, capaces de obligaciones y derechos:1° La Nación y las Entidades políticas que la componen*]

[2] According to article 98 of the Public Administration Organic Law (Official Gazette Nº 6147 extraordinary, dated November 17, 2014), the public institutions (*institutos autónomos*) have legal personality. Also, article 103 of the that Law set forth that state-owned enterprises have legal personality [According to article 49 of the Organic Law of ]

Administration"), and (*ii*) entities with legal personality (called, the "**Decentralized Administration**").

9. Venezuela's Ministries (including the Ministry of Defense and the Ministry of Finance), do not have their own legal personality[3]. Rather, as set forth in Articles 236.3 and 242 of the Venezuelan Constitution, they are subdivisions of the National Executive of the Republic that are used to achieve the constitutional goals of the Executive branch, under the authority of the Venezuelan President.[4] Article 44 of the Public Administration Organic Law further confirms that the Centralized Administration of the Republic (*i.e.*, the government bodies without their own legal personality) includes, among other things, the Ministries.[5]

10. Consequently, the Ministries are subdivisions of Venezuela. The Republic acts through the Ministries of the Executive Branch, and, thus, the rights, interests, legal acts, and contractual obligations of the Ministries are attributable to the Republic.

---

[3]  According to Brewer "*in the same way, the Ministries doesn´t have legal personality, because they are subdivision of a single legal person: the Republic*" ("Principios generales de la organización de la Administración Central con particular referencia a la Administración ministerial" (1980), *Revista de Derecho Público 2,* 16.

[4]  *See* Constitution of the Bolivarian Republic of Venezuela (Official Gazette Nº 5908 extraordinary dated February 19, 2009), art. 236.3, 242.

[5]  *See* Public Administration Organic Law, art. 44.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 3, 2017.

_____

José Ignacio Hernández G.

## Appendix A – Sources

i. Venezuelan Civil Code (Official Gazette N° 2.990 extraordinary, dated July 26, 1982),

ii. Constitution of the Bolivarian Republic of Venezuela (Official Gazette Nº 5908 extraordinary dated February 19, 2009).

iii. Public Administration Organic Law (Official Gazette Nº 6147 extraordinary, dated November 17, 2014).

iv. Brewer, Allan, "Principios generales de la organización de la Administración Central con particular referencia a la Administración ministerial" (1980), Revista de Derecho Público 2, 16.

5