UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/18
```

CRYSTALLEX INTERNATIONAL
CORPORATION,

    Plaintiff,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

    Defendant.

Case No. 17-MC-00205 (VEC)

[~~PROPOSED~~] ORDER
CONFIRMING WITHDRAWAL OF
RESTRAINING NOTICE

    WHEREAS, Plaintiff and Judgment Creditor Crystallex International Corporation ("Plaintiff") holds a judgment of approximately $1.4 billion against Defendant and Judgment Debtor the Bolivarian Republic of Venezuela ("Defendant"), which judgment has been registered with the United States District Court for the Southern District of New York in the above-captioned action;

    WHEREAS, on June 30, 2017, Plaintiff, pursuant to 28 U.S.C. § 1610(c), moved Part 1 of this Court ex parte for leave to serve a restraining notice on, among others, Nomura Bank International plc. ("Nomura"), directed toward property of, and debts owed to, the Defendant;

    WHEREAS, on June 30, 2017, Judge Castel, sitting in Part 1, granted Plaintiff's ex parte application and authorized the issuance of the restraining notice on Nomura;

    WHEREAS, on or about June 30, Plaintiff's counsel issued the restraining notice in accordance with the Court's order;

    WHEREAS, on or about July 1, 2017, Plaintiff caused the restraining notice, dated June 30, 2017, to be served on Nomura;

WHEREAS, in consideration for payments received by Plaintiff from the Defendant, Crystallex deems the restraining notice to Nomura withdrawn; and

WHEREAS, the restraining notices where initially authorized the Court.

Crystallex hereby requests confirmation from the Court that the June 30, 2017 restraining notice to Nomura Bank International plc properly may be deemed withdrawn.

Dated: New York, New York
April 5, 2018

GIBSON, DUNN & CRUTCHER LLP

*[signature]*

Robert Weigel
Jason W. Myatt

200 Park Avenue
New York, NY 10166
Tel.: (212) 351-4000
Fax: (212) 351-4035
rweigel@gibsondunn.com
jmyatt@gibsondunn.com

*Attorneys for Plaintiff*

SO ORDERED:

*[signature]*

P. Kevin Castel
United States District Judge

Date: 4-6-18