USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/11/18___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CRYSTALLEX INTERNATIONAL
CORPORATION,

        Plaintiff,

    v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

        Defendant,

    and

THE MINISTRY OF DEFENSE OF THE
BOLIVARIAN REPUBLIC OF VENEZUELA,

        Proposed Intervenor-
        Defendant,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

17-MC-205

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Court STAYED the motion to intervene and quash in this matter

pending resolution of the related turnover proceeding before Judge Broderick [Dkt. 28; *see*

*Crystallex International Corporation v. The Bank of New York Mellon*, No. 17-cv-07024-VSB];

and

      WHEREAS the parties in the turnover proceeding reached a stipulation and final

judgment that included, *inter alia*, a provision deeming satisfied the levy entered pursuant to the

Writ of Execution issued in this action, and stating that Crystallex will take no further action

with respect to the levy [17-cv-07024-VSB, Dkt. 33];

IT IS HEREBY ORDERED that the parties are to show cause, by letter dated no later than May 17, 2018, why the Court should not deny the motion to intervene and quash as moot.


**SO ORDERED.**

**Date:  May 11, 2018**
**New York, New York**

                                                          **VALERIE CAPRONI**
                                        **United States District Judge**